UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23904-CIV-UU

| | |
|---|---|
| YERLING MARYURIS OLIVAS HERNANDEZ and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| COSTA FINAL CLEANING LLC., MAURICIO COSTA ALMEIDA, | ) ) ) ) |
| Defendants. | ) ) ) |

## PLAINTIFF'S STATEMENT OF CLAIM

Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Federal Half-Time Overtime Claim (6/1/17-9/21/17):**
Amount of Half-Time Overtime per hour not compensated: $3.63 (based on Fed. MW)
Weeks: 16
Overtime hours per week: 22.5
Total wages unpaid and liquidated damages: $1,306.80 = $2,613.60, *exclusive of* **attorneys' fees and costs**

**Federal Minimum Wage Claim (8/12/16-10/3/17):**
Amount of minimum wage per hour not compensated: $3.61 (based on Fed. MW)
Weeks: 16
Hours per week: 62.5
Total wages unpaid and liquidated damages: $3,610.00 X 2 = $7,220.00, *exclusive of* **attorneys' fees and costs**

**Total OT/MW claim and liquidated damages: $4,916.80 X 2 = $9,833.60,** *exclusive* **of attorneys' fees and costs**

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
** Plaintiff reserves the right to seek time-and-one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.

\*\*\* Plaintiff reserves the right to seek minimum wage damages under the Florida Constitution. Plaintiff reserves Plaintiff's right to the extent Plaintiff's claim for Florida Minimum Wage overlaps Plaintiff's claim for Federal Minimum Wage payments to seek the higher of the two applicable rates.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
  Rivkah F. Jaff, Esquire
  Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 11/1/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____
    RIVKAH F. JAFF, ESQ.**