UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-23904-UU

YERLING MARYURIS OLIVAS
HERNANDEZ,

    Plaintiff,

v.

COSTA FINAL CLEANING LLC, *et al.*,

    Defendants.
                                                /

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Clerks Entry of Default as to All Defendants (D.E. 10).

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On November 1, 2017, Plaintiff served the Complaint on Defendants. D.E. 9. As such, Defendants' responses were due on November 22, 2017. Fed. R. Civ. P. 12. To date, Defendants have not responded to the Complaint. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion for Clerk's Entry of Default is to all Defendants (D.E. 10) is GRANTED. It is further

ORDERED AND ADJUDGED that the Clerk of the Court SHALL enter Default against all Defendants. It is further

ORDERED AND ADJUDGED that Plaintiff SHALL file a Motion for Final Default Judgment against all Defendants duly supported by affidavits and other documentation and a

proposed Final Order by **Friday, <u>December 29, 2017</u>**.  <u>Failure to comply with this Order will result in the immediate dismissal of the Complaint</u>.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of November, 2017.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf