UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CACE NO: 17-23904-CIV-UNGARO/O'Sullivan

YERLING MARYURIS OLIVAS
HERNANDEZ, and all others similarly
Situated under 29 U.S.C. 216(b)

    Plaintiff,
v.

COSTA FINAL CLEANING LLC.
MAURICIO COSTA ALMEIDA

    Defendants.
_____/

### AFFIDAVIT OF MAURICIO COSTA ALMEIDA IN SUPPORT OF MOTION TO VACATE ORDER OF CLERK'S DEFAULT

State of Florida        )
                             ) SS
County of Palm Beach County  )

BEFORE ME, the undersigned authority, personally appeared MAURICIO COSTA ALMEIDA, who upon being duly sworn deposes and states as follows:

1.    My name is MAURICIO COSTA ALMEIDA and I am over the age of eighteen (18) and capable of taking an oath.

2.    I am the President and owner of COSTA FINAL CLEANING LLC. ("COSTA FINAL") that is duly incorporated under the laws of the State of Florida and does business in the State of Florida. COSTA FINAL is in the business of providing cleaning, pressure cleaning, window cleaning to commercial and residential properties in the State of Florida only.

3. As the President of COSTA FINAL, I am responsible for dealing with the corporate obligations, such as banking, accounting, legal, including hiring of workers or independent contractors.

4. COSTA FINAL was formed in February 2016. In 2016, COSTA FINAL did not have annual gross receipts of $500,000.

5. In July 2017, COSTA FINAL retained Yerling Maryuris Olivas to provide cleaning services to COSTA FINAL's customer, Balfur Beatty Construction. Ms. Olivas' duties were to clean new constructed, vacant residential apartments to be placed for sale in Miami-Dade County: dusting vacuuming, mopping the floor, bathrooms.

6. COSTA FINAL and I, in my individual capacity or as a corporate director, have never been part of any litigation.

7. Upon being served with the Complaint, I did not calendar the due date to file a response; however, I immediately commenced searching for legal representation. I did not intentionally fail to file a response. Because of family and daily work obligations, I just did not realize about the deadline.

8. On November 29, 2017, I retained the law firm of Glantzlaw to represent us in the lawsuit filed by Yerling Maryuris Olivas

9. I never intended to ignore the judicial proceedings regarding this lawsuit. I am respectfully requesting that this Court vacate the default .

    I understand that I am swearing under oath to the truthfulness of the information made in this affidavit.

Dated:  December 1, 2017

_____
MAURICIO COSTA ALMEIDA, individually
And as President for COSTA FINAL CLEANING LLC

Sworn to and subscribed before me on 12/1/2017

_____
NOTARY PUBLIC, State of Florida
ADAM L. BESSEN
Printed Name of Notary Public

ADAM L. BESSEN
MY COMMISSION # GG 004347
EXPIRES: July 16, 2020
Bonded Thru Budget Notary Services

My commission expires:

___Personally known to me, or
_✓_Produced I.D.  FL DL A-453-543-62-378-0
(Type and number of I.D.)

3