UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-23904-UU

YERLING MARYURIS OLIVAS
HERNANDEZ,

    Plaintiff,

v.

COSTA FINAL CLEANING LLC, *et al.*,

    Defendants.
_____/

## ORDER SETTING ASIDE DEFAULT

THIS CAUSE comes before the Court upon Defendants' Motion to Vacate Clerk's Default (D.E. 15).

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises.

On October 25, 2017, Plaintiff filed the Complaint against all defendants. D.E. 1. Plaintiff served Defendants on November 1, 2017. Their responses, therefore, were due November 22. *See* FRCP 12. Defendants did not respond, and the Clerk entered default. D.E. 10.

Four days after the Clerk's entry of default, Defendants moved to set aside default on the grounds that they have never been involved in litigation before, were diligent but slow in securing counsel, and incorrectly calendared their response date. Additionally, Defendants attach to the Motion a proposed Answer and Affirmative Defenses (15-2). In light of Defendants' quick response to the default and the attached proposed Answer, the Court will set aside the default. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1. the Motion (D.E. 15) is GRANTED;

2. the Clerk's Entry of Default (D.E. 10) is VACATED;

3. the Defendants' Answer and Affirmative Defenses (D.E. 15-2) is deemed effective and filed as of the date of this Order;

4. the portion of the Answer and Affirmative Defenses styled "RESERVATION OF RIGHTS TO ALLEGE OTHER AFFIRMATIVE DEFENSES" is STRUCK as improper;

5. Plaintiff's Motion for Final Default Judgment (D.E. 13) is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _4th_ day of December, 2017.

*[signature]*

UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf