UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-23904-UU

YERLING MARYURIS OLIVAS
HERNANDEZ,

    Plaintiff,

v.

COSTA FINAL CLEANING LLC, *et al.*,

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On November 1, 2017, the Court issued its Scheduling Order, which set the deadline to file the Joint Planning and Scheduling Report on December 1, 2017.  D.E. 7.  To date, Plaintiff has not filed the Joint Planning and Scheduling Report.  Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Thursday, December 7, 2017**, as to why Plaintiff has not filed a Joint Report.  Further, Plaintiff SHALL file a Joint Report by such date.  <u>Failure to comply with this Order will result in the dismissal of this action without further notice</u>.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of December, 2017.

                                                                        _____

                                                                        UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf