UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-23904-UU

YERLING MARYURIS OLIVAS
HERNANDEZ,

    Plaintiff,

v.

COSTA FINAL CLEANING LLC, *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court on the Defendants' Unopposed Motion for Extension of Time to file a Joint Planning and Scheduling Report (D.E. 21).

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On November 1, 2017, the Court issued its Scheduling Order, which set the deadline to file the Joint Planning and Scheduling Report on December 1, 2017. D.E. 7. On December 5, the Court issued its order to show cause why the Parties had not filed the Joint Report. D.E. 20. Defendants now move for an extension of time to file the report on the grounds that their counsel need time to confer with their clients and prepare the joint report. It is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 21) is GRANTED IN PART AND DENIED IN PART. The Parties SHALL file their Joint report no later than **Friday, December 8, 2017**.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf