UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-23904-UU

YERLING MARYURIS OLIVAS
HERNANDEZ,

    Plaintiff,

v.

COSTA FINAL CLEANING LLC, *et al.*,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT
AND RECOMMENDATION AND DISMISSING CASE**

THIS CAUSE is before the Court upon Magistrate Judge O'Sullivan's Order Approving Settlement Agreement and Recommending that the Case be Dismissed with Prejudice (D.E. 27).

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On December 20, 2017, the Honorable John J. O'Sullivan, United States Magistrate Judge, issued an order following the settlement conference in this case, which: (1) approved the parties' settlement agreement under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), pursuant to *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352–53 (11th Cir. 1982); and (2) recommended that the undersigned dismiss this case with prejudice, with the Court retaining jurisdiction until April 20, 2018, to enforce the terms of the settlement.

The Court has reviewed the entire file and record herein and agrees with Judge O'Sullivan's recommendation. The terms of the settlement agreement were announced on the

record during the hearing before Judge O'Sullivan. The transcript is publicly available upon request. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation (D.E. 27) is RATIFIED, AFFIRMED, and ADOPTED. It is further

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction until **April 20, 2018**, to enforce the terms of the settlement. However, any proceedings concerning enforcement of the settlement shall take place before Magistrate Judge O'Sullivan. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of December, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record